7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Elizabeth Carlotta West
*Debtor*

*Bankruptcy Case No.*
14–60327–abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
14–06016–abf

v.

**Alice J. Blanchard**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of Plaintiff J. Kevin Checkett, Chapter 7 Trustee, and against Defendant Alice J. Blanchard in the amount of $6,000.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/28/14

Court to serve